UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAMARIS ROSIBEL MIRANDA, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Robert J. Jonker |
| | ) | |
| v. | ) | Case No. 1:18-cv-00870-RJJ-PJG |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### REPORT AND RECOMMENDATION

This is a social security action brought under 42 U.S.C. §§ 405(g), 1383(c)(3) seeking review of a final decision of the Commissioner of Social Security, finding that plaintiff was not entitled to disability insurance benefits (DIB) and Supplemental Security Income (SSI) benefits.  Plaintiff filed her complaint on August 6, 2018.

On October 15, 2018, the briefing schedule was issued in this matter. (ECF No. 10).  Plaintiff's initial brief was due November 12, 2018; Defendant's brief was due December 10, 2018; and Plaintiff's reply brief due December 25, 2018.

On November 20, 2018, eight days after plaintiff's deadline for filing her initial brief, the undersigned issued an Order to Show Cause.  (ECF No. 14).  Plaintiff was ordered to file a written response on or before December 4, 2018.  (*Id.*)  On November 21, 2018, a copy of the Order to Show Cause was mailed to plaintiff.  As of

today' date, the Court has not received written or any other form of contact from plaintiff.

Accordingly, I recommend that this case be dismissed, without prejudice for want of prosecution and for repeated failure to comply with the Court's orders and rules.  *See* FED. R. CIV. P. 41(b).

Date: December 10, 2018  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

**NOTICE TO PARTIES**

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).  All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b).  Failure to file timely and specific objections may constitute a waiver of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).  General objections do not suffice.  *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).